**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:99CR48-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **GREGORY ROLAND PRUESS** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's motion for a continuance of the Revocation Supervised Release hearing scheduled for 23 February 2007 in the Statesville Division. In the motion, the Defendant request the Court to consider and rule upon the pending cora nobis petition filed by Defendant in case 5:06CV159. The purpose of the hearing in the above captioned case is <u>not</u> to litigate the petition for writ of error coram nobis. However, due to time restraints in the courts schedule, the Court will allow the continuance.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a continuance is **GRANTED** and the Revocation Supervised Release hearing scheduled for 23 February 2007, shall be rescheduled to **6 March 2007 at 9:30 AM** in the Statesville Division.

Signed: February 22, 2007

Richard L. Voorhees
United States District Judge